

**KISSEL HIRSCH & WILMER KHW LLP**

580 White Plains Rd - 5th Floor
Tarrytown, New York 10591
Main Tel: 914.750.5933
Facsimile: 914.617.1522

Direct Dial: 914.733.7790
E-Mail: fwilmer@kphwlaw.com

November 13, 2019

<u>*Via* ECF</u>

Hon. Ona T. Wang, United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

> Memo Endorsed

Re:   *Lori Ostenfeld v. Newsela, Inc. and Matthew Gross, Individually*
      Case No.: 1:19-cv-06653-LTS-OTW

Dear Magistrate Judge Wang:

    We represent the defendants in the above-referenced employment discrimination matter. We are writing to jointly request with plaintiff's counsel, Gregory Kirschenbaum, of Phillips & Associates, that the initial case management conference scheduled for November 20, 2019 be adjourned. The parties previously requested an adjournment of the initial case management conference, which the Court granted. The parties are requesting that the conference be rescheduled for either January 15 or January 22, 2020.

    Per the Court's October 15, 2019 order, this action has been referred for mandatory mediation. The parties have received available dates from the appointed mediator and have agreed to schedule the matter for mediation on January 8, 2020. The parties have advised the Southern District's Mediation Office and the appointed mediator of this agreed-upon date and await confirmation of its scheduling.

    We are available at the Court's convenience to respond to any questions or comments regarding the adjournment request in this letter motion.

Respectfully submitted,

Kissel Hirsch & Wilmer LLP

Frederick J. Wilmer

**Application Granted.** A rescheduled conference will be held on January 15, 2020 at 10:30 a.m.

**SO ORDERED.**

Ona T. Wang          11/14/2019
U.S. Magistrate Judge

NEW YORK | LONDON | NEW JERSEY