

**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

**Memo Endorsed**

January 8, 2020

**Via ECF**
**Honorable Ona T. Wang**
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

> **Application Granted.**
> A rescheduled initial conference will be held on **March 4, 2020 at 10:00 a.m.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang              1/8/2020
> U.S. Magistrate Judge

      **Re:**      Ostenfeld v. Newsela, Inc., et al.
               Case No.: 19-cv-06653-LTS-OTW

Dear Judge Wang:

      We represent the Plaintiff in the above referenced matter. We write Your Honor, in conjunction with Defendants, to respectfully request an adjournment of the initial conference, presently scheduled for January 15, 2019, and all pre-conference submissions.

      This is the third request for an adjournment of the initial conference. The previous requests were necessitated by the deadline for Defendants to file their Answer and the Parties' initial referral to the Southern District of New York's automatic mediation program. We make the current request because the SDNY mediation, originally scheduled for January 8, 2020, was rescheduled to February 25, 2020, due to a death in Plaintiff's family. Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the scheduled mediation (in the event that mediation is not fruitful).

      We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES PLLC**

*/s/ Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

cc:    Frederick J. Wilmer, Esq. and Brittany A. Gold, Esq., *Attorneys for Defendants* (via ECF)