**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
LORI OSTENFELD,                                        :
                                                       :
                   Plaintiff,                          :   19-CV-6653 (LTS) (OTW)
                                                       :
          -against-                                    :   ORDER
                                                       :
NEWSELA, INC., et al.,                                 :
                                                       :
                   Defendants.                         :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

It is hereby **ORDERED** that Plaintiff's request to remove Steven Siegler as attorney of record for Plaintiff in this matter is granted. (*See* ECF 22). Steven Siegler shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**SO ORDERED.**

Dated: January 29, 2020  
      New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge