

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

February 27, 2020

> **Memo Endorsed**
>
> **Application Granted.** A rescheduled conference will be held on April 9, 2020 at 12:30 p.m.
>
> **SO ORDERED.**
>
> Ona T. Wang      2/27/2020
> U.S. Magistrate Judge

**Via ECF**
**Honorable Ona T. Wang**
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

    **Re:**    Ostenfeld v. Newsela, Inc., et al.
            Case No.: 19-cv-06653-LTS-OTW

Dear Judge Wang:

    We represent the Plaintiff in the above referenced matter. We write Your Honor, in conjunction with Defendants, to respectfully request an adjournment of the initial conference, presently scheduled for March 4, 2020, and all pre-conference submissions.

    This is the fourth request for an adjournment of the initial conference. The previous requests were necessitated by the deadline for Defendants to file their Answer, the Parties' initial referral to the Southern District of New York's automatic mediation program, and a death in Plaintiff's family. We make the current request because the SDNY mediation, scheduled for February 25, 2020, was rescheduled to March 24, 2020, due to the Plaintiff contracting the flu. Accordingly, we believe that it would be a prudent conservation of judicial time and resources to adjourn the initial conference until a date after the scheduled mediation (in the event that mediation is not fruitful).

    We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES PLLC**

*/s/ Gregory W. Kirschenbaum*
Gregory W. Kirschenbaum, Esq.

cc:    Frederick J. Wilmer, Esq. and Brittany A. Gold, Esq., *Attorneys for Defendants* (via ECF)