```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LORI OSTENFELD,                                             :
                                                            :
                          Plaintiff,                        :    19-CV-6653 (LTS) (OTW)
                                                            :
                 -against-                                  :    SCHEDULING ORDER
                                                            :
NEWSELA, INC., et al.,                                      :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the ongoing COVID-19 pandemic, the initial case management conference scheduled for April 9, 2020 is hereby adjourned. A rescheduled conference will be held on **June 16, 2020 at 10:00 a.m.**

**SO ORDERED.**

| | |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: April 2, 2020 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |