**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
LORI OSTENFELD,                                              :
                                                             :
              Plaintiff,             :     19-CV-6653 (LTS) (OTW)
                                                             :
             -against-             :     **ORDER**
                                                             :
NEWSELA, INC., et al.,                                       :
                                                             :
             Defendants.            :
                                                             :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On December 18, 2020, the Court granted Plaintiff's former counsel's motion to withdraw and directed Plaintiff to file a letter by February 17, 2021 informing the Court whether she retained new counsel or is proceeding *pro se*. (ECF 43). If Plaintiff retained new counsel, said counsel was directed to file a notice of appearance by the same date. (ECF 43). In a letter dated February 15, 2021, Plaintiff requested an extension until March 31, 2021 to have an attorney file a notice of appearance. (ECF 46). No notice of appearance has been filed to date, and accordingly, Plaintiff is proceeding *pro se*. On April 14, 2021, Defendants filed a letter requesting a conference. (ECF 47).

Plaintiff is hereby **ORDERED** to file a response to Defendants' April 14, 2021 letter by **May 12, 2021.** Plaintiff may respond by mail to the Pro Se Office, 500 Pearl Street, New York, NY 10007 or by email to temporary_pro_se_filing@nysd.uscourts.gov. Instructions for filing by email are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose.

      Defendants are directed to serve a copy of this Order on *pro se* Plaintiff to effect actual notice and are directed to file proof of service on the docket by **April 28, 2021**.

      **SO ORDERED.**

| | |
|---|---|
| Dated: April 20, 2021 | *s/ Ona T. Wang* |
|       New York, New York | **Ona T. Wang** |
| | United States Magistrate Judge |