UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LORI OSTENFELD,

               Plaintiff,                             19-CV-6653 (LTS) (OTW)

            -against-                         **ORDER**

NEWSELA, INC., et al.,

               Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the directions given at the November 12, 2021 conference, the parties shall file a joint status letter by **November 19, 2021**. The letter shall address whether the parties wish to pursue settlement. Discovery is extended through **November 30, 2021**. If Plaintiff wishes to move to amend the Complaint, Plaintiff's motion to amend is due **December 10, 2021**. Defendants' opposition is due **January 14, 2022**. Plaintiff's reply is due **January 28, 2022**.

      SO ORDERED.

                                                                       *s/ Ona T. Wang*

Dated: November 15, 2021                           **Ona T. Wang**
       New York, New York                     United States Magistrate Judge