**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
LORI OSTENFELD,                                              :
                                                             :
                    Plaintiff,                               :    19-CV-6653 (LTS) (OTW)
                                                             :
              -against-                                      :    ORDER
                                                             :
NEWSELA, INC., et al.,                                       :
                                                             :
                    Defendants.                              :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 65. The parties shall comply with the briefing schedule specified in ECF 64. Production of documents and interrogatories related to the claims in the operative Complaint shall be completed by **February 25, 2022**.

**SO ORDERED.**

Dated: November 23, 2021
      New York, New York

                                          *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                          United States Magistrate Judge