```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LORI OSTENFELD,                                        :
                                                       :
                          Plaintiff,                   :      19-CV-6653 (LTS) (OTW)
                                                       :
              -against-                                :      ORDER
                                                       :
NEWSELA, INC., et al.,                                 :
                                                       :
                          Defendants.                  :
                                                       :
                                                       :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on November 10, 2022. Pursuant to directions given at the status conference, the parties shall proceed as follows:

- Defendants shall run searches for Defendant Gross's Slack messages and produce responsive messages to Plaintiff by **November 23, 2022**.

- If Plaintiff's counsel wishes to make a motion for spoliation, they shall file it by **November 23, 2022**. Defendants' response is due **December 7, 2022**. The parties' papers are not to exceed five pages, not including exhibits.

- The parties are directed to meet and confer regarding a proposed deposition schedule. The parties shall submit their proposed deposition schedule as part of a joint discovery status letter due **December 9, 2022**.

- The parties shall submit joint status letters on the last business Friday of each month, beginning **January 27, 2023**.

The deadline to complete fact and expert discovery is extended to March 10, 2023.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 10, 2022<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |