**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
LORI OSTENFELD,                                       :
                                                      :
                          Plaintiff,                  :          19-CV-6653 (LTS) (OTW)
                                                      :
                          -against-                   :          **ORDER**
                                                      :
NEWSELA, INC., et al.,                                :
                                                      :
                          Defendants.                 :
                                                      :
                                                      :
-----------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge**:

      The parties are directed to disregard ECF 92. The Clerk of Court is respectfully directed to strike ECF 92 from the docket.

      **SO ORDERED.**


                                           *s/ Ona T. Wang*

Dated: February 27, 2023                              **Ona T. Wang**
      New York, New York                        United States Magistrate Judge